**Dated: May 27, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: BENNETT LEIGH SNOWDEN and SIERRA ANN SNOWDEN,<br><br>Debtors.<br>_______________________________/ | Case No. 26-10280-SAH<br>Chapter 7 |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>BENNETT LEIGH SNOWDEN aka BENNET SNOWDEN and SIERRA ANN SNOWDEN aka SIERRA SNOWDEN,<br><br>Defendants.<br>_______________________________/ | Adv. Proc. No. 26-01018-SAH |

**<u>AGREED JUDGMENT AND ORDER OF NONDISCHARGEABILITY</u>**

Plaintiff, American Express National Bank ("American Express" or the "Plaintiff") and Defendants, Bennett Leigh Snowden aka Bennet Snowden and Sierra Ann Snowden aka Sierra Snowden ("Defendants"), by and through their undersigned counsel, have stipulated and agreed to

the following terms resolving the Plaintiff's Complaint [Doc. 1].

The Court has reviewed and accepted the stipulation and therefore finds and orders as follows:

1. Judgment in the above matter shall is hereby entered in favor of Plaintiff with regard to account number xxxx-xxxxxx-x1004 ("the Account") in the principal amount of $99,044.14 plus attorney's fees and costs of $1,650.00 for a total of $100,694.14 ("Judgment Amount"), representing a portion of the balance owed to Plaintiff by Defendants, jointly and severally, and that said sum is non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(2)(C).

2. The Defendants' obligation under this Agreed Order can be satisfied upon payment of the sum of $72,000.00 ("Settlement Amount") to Plaintiff as follows: $1,200.00 per month for sixty (60) consecutive months. The first payment will be due on or before July 1, 2026, with all subsequent payments being due on or before the first (1st) day of each subsequent month thereafter, until the Settlement Amount is paid in full. Upon payment of the Settlement Amount, the Judgment shall be satisfied.

3. Defendants shall submit their payments, made payable to AMERICAN EXPRESS directly c/o BECKET & LEE, LLP, P. O. BOX 3001, MALVERN, PA 19355 or at any future address designated by Plaintiff in writing. The Defendants shall reference their main bankruptcy case number (26-10280) on all tendered payments.

4. Plaintiff shall be allowed to contact the Defendants directly regarding payment and/or default under this Agreed Order. The Defendants understand that they must advise the Plaintiff in writing of any change of address until the Judgment has been satisfied. The Defendants' current mailing address is 3209 Rock Hollow Rd, Oklahoma City, OK 73120.

5. The Defendants may prepay all or any portion of the Settlement Amount at any time without penalty, provided that, if for any reason, in any month, the Defendants pay more than the amount due for that month under this Agreed Order, the Defendants shall continue to be obligated under this Agreed Order to make the next monthly payment as scheduled. The payment in excess of the amount required under this Agreed Order shall shorten the Defendants' repayment schedule, but shall not, under any circumstances, entitle the Defendants to skip the next scheduled payment.

6. If Defendants should fall ten (10) days or more in arrears with respect to the Settlement Amount payment schedule herein, then Plaintiff shall be entitled to record and execute on the judgment entered by the Bankruptcy Court pursuant to this Agreed Order (less any payments made to date by the Defendants) and may also add attorneys' fees and costs incurred by Plaintiff from and after any such default in the pursuit and enforcement of its rights hereunder.

7. Any payments becoming due after Defendants have defaulted on any monthly payment, or after Defendants have furnished insufficient funds to Plaintiff, shall thereafter be made in the form of money order or certified funds.

8. Plaintiff remains entitled to distribution from the bankruptcy estate. Any amounts received from the bankruptcy estate in combination with any monies paid by Defendants, which exceed the account balance, shall be returned to Defendants.

9. In the event that Defendants' bankruptcy case is converted to non-asset Chapter 7 or Chapter 13, dismissed or discharge is denied or revoked pursuant to 11 U.S.C. 727, Plaintiff shall remain entitled to recover the full account balance as of the petition date, less credit given for all amounts received hereunder.

10. The Judgment herein shall be fully enforceable in all respects pursuant to the laws of the State of Oklahoma, and/or the provisions of the United States Bankruptcy Code, and/or the laws of any states of the United States.

11. Plaintiff is responsible for serving this Order on all parties in interest.

12. All findings of fact are based upon representations of counsel (Local Rule 9013.1).

IT IS SO ORDERED.

# # #

Approved:

/s/ Matthew C. Goodin
Matthew C. Goodin, OBA #19327
The Goodin Law Firm
3509 French Park Drive, Ste C
Edmond, OK 73034
Telephone: (405) 759-3100
Facsimile: (405) 759-3310
Email: mgoodin@glfok.com
ATTORNEY FOR THE PLAINTIFF

/s/ Michael J. Rose
Michael J. Rose, OBA #15523
Michael J. Rose PC
4101 Perimeter Center Drive, Suite 120
Oklahoma City, OK 73112
(405)605-3757 telephone
michaeljrosepc@gmail.com
ATTORNEY FOR DEFENDANTS